**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| LAZARO   ARIEL   BARAGANA IGLESIAS #A074-024-307,<br>**Petitioner** | CIVIL DOCKET NO. 3:26-CV-01018 SEC P |
| **VERSUS** | JUDGE JAMES D. CAIN, JR. |
| WARDEN   JACKSON   PARISH CORRECTIONAL CENTER ET AL,<br>**Respondents** | MAGISTRATE JUDGE DAVID J. AYO |

## MEMORANDUM ORDER

Before the Court is a PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241 [Doc. 1] filed by *pro se* Petitioner Lazaro Ariel Baragana-Iglesias ("Baragana-Iglesias"), an immigration detainee at Jackson Parish Correctional Center in Jonesboro, Louisiana. Baragana-Iglesias challenges the legality of his continued detention.

Because additional information is necessary to evaluate Baragana-Iglesias's claim, he must AMEND the PETITION.

## I.   Background

Baragana-Iglesias is a native and citizen of Cuba who has resided in the United States under an order of supervision since 2000. [Doc. 1 at 1].  He alleges that he was detained at a regular check-in on November 8, 2025.

According to the Executive Office for Immigration Review, Baragana-Iglesias was ordered removed on September 6, 2001.[1]  Therefore, the removal order has been final for almost 25 years.

---

[1] https://acis.eoir.justice.gov/en/caseInformation

## II.     Law and Analysis

The United States Supreme Court has held that § 1231 permits detention for a period reasonably necessary to bring about an alien's removal.  *See Zadvydas v. Davis*, 533 U.S. 678, 701 (2001).  Detention for up to six months is presumptively reasonable.  *Id.*

After six months, if an alien provides good reason to believe that there is no significant likelihood of removal in the reasonably foreseeable future, the government must respond with evidence sufficient to rebut that showing.  A petitioner is not required to "show the absence of *any* prospect of removal—no matter how unlikely or unforeseeable," only that he has "good reason to believe that there is no significant likelihood of removal in the reasonably foreseeable future."  *Zadvydas*, 533 U.S. at 701-702.

Baragana-Iglesias does not allege any reason why his removal to Cuba is not significantly likely to occur in the reasonably foreseeable future.  Accordingly, he must amend the PETITION.

## III.    Conclusion

Because additional information is needed to evaluate the legality of Baragana-Iglesias's detention, IT IS ORDERED that he AMEND the PETITION as instructed within 30 days of this Order.

THUS DONE in Chambers on this 8th day of May 2026.

David J. Ayo
United States Magistrate Judge

2